THIS
OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.

 

THE STATE OF SOUTH CAROLINA

In The Court of Appeals

 

 

 
 
 The State,
 
 
 Respondent,
 
 

 

v.

 
 
 Ricardo
 Johnson,
 
 
 Appellant.
 
 

 

 

__________

 

Appeal From Orangeburg County

 James C. Williams, Jr., Circuit Court
Judge

 

__________

 

Unpublished Opinion No.  2010-UP-152

Submitted February 1, 2010  Filed
February 23, 2010

__________

 

AFFIRMED

__________

 

J. Falkner Wilkes, of Greenville, for
Appellant.

 

Attorney General Henry Dargan McMaster, Chief
Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
Elliott, Senior Assistant Attorney General Harold M. Coombs, Jr., all of
Columbia; and Solicitor David Michael Pascoe, Jr., of Orangeburg, for
Respondent.

 

 

PER CURIAM:  Ricardo
Johnson pled guilty to two counts of first-degree burglary, armed robbery, two
counts of assault and battery with the intent to kill, and possession of a
firearm.  He appeals, arguing the trial judge erred in failing to recuse
himself.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following
authority:  State v. Lee, 350 S.C. 125, 130, 564 S.E.2d 372,
375 (Ct. App. 2002) (holding an issue must be raised to and ruled upon by
the trial court to be preserved for review).

 

AFFIRMED.

 

PIEPER, GEATHERS, JJ., and
CURETON, A.J., concur. 

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.